Patrick H. Murray, Respondent, *v.* National Surety Company, Appellant.

(Argued February 11, 1930; decided March 18, 1930.)

*John T. Norton* and *Benjamin McClung* for appellant.
*William H. Murray* and *John F. Murray* for respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division, on the ground that the preponderance of evidence sustains the finding of the trial judge that the written contract fails to express the agreement of the parties and should be reformed as the consequence of mutual mistake; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.